1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3
   DAVID B. GLAZER (D.C. 400966)
4  BARRETT ATWOOD
   Natural Resources Section
5  Environment & Natural Resources Division
   United States Department of Justice
6  301 Howard Street, Suite 1050
   San Francisco, California  94105
7  TEL:  (415) 744–6491
   FAX:  (415) 744-6476
8  e-mail:  david.glazer@usdoj.gov
            barrett.atwood@usdoj.gov
9
   Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, *et al.*, | No. 2:11-cv-02648-JAM -DAD |
| Plaintiffs, | STIPULATION OF THE PARTIES AND ORDER GRANTING EXTENSION OF TIME TO SUBMIT JOINT SCHEDULING REPORT |
| v. | |
| UNITED STATES FOREST SERVICE, | Date:   N/A |
| Defendant. | Time:   N/A |
| | Courtroom No. 6 |
| | Hon. John A. Mendez |

*Conservation Congress, et al. v. U.S. Forest Service*, No. 2:11-cv-02648-JAM-DAD
Stipulation of the Parties and Proposed Order Granting Extension of Time to Submit Joint Status Report

PDF created with pdfFactory trial version www.pdffactory.com

Defendant U.S. Forest Service and Plaintiffs Conservation Congress and Citizens for Better Forestry stipulate, subject to Court approval pursuant to Civil L.R. 144, that the parties may have up to and including April 3, 2012, to submit their Joint Status Report.

In support of this Stipulation, the parties represent as follows:

1. This action was filed on October 7, 2011, and served by mail deposited on January 1, 2012, making Defendant's response to the Complaint due March 6, 2012.

2. The parties have stipulated, pursuant to Civil L.R. 144(a), to a 28-day extension of time for the Defendant to respond to the Complaint, making Defendant's response due April 3, 2012 [Dkt. #10].

3. The Court's Order of October 7, 2011 [Dkt. #4] requires that the parties submit a Joint Status Report within 60 days of service of the Complaint, making the Joint Status Report due March 6, 2012. *Id*. ¶ 4.

4. Given that a response to the Complaint is now due April 3, 2012, it would be reasonable to set that date as the deadline for the Joint Status Report, as well.

5. Accordingly, the parties stipulate, subject to Court approval, that the Joint Status Report may be filed on or before April 3, 2012.

SO STIPULATED

                                            FOR THE PLAINTIFFS

DATED: February 29, 2012         /s/*Marianne Dugan*
(as authorized on February 28, 2012)
MARIANNE DUGAN
259 E. 5th Avenue, Suite 200-D
Eugene, Oregon 97401
Tel:   (541) 338-7072
Fax:  (866) 650-5213
E-mail: mdugan@mdugan.com

DATED: February 29, 2012        FOR THE DEFENDANT

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER

*Conservation Congress, et al. v. U.S. Forest Service*, No. 2:11-cv-02648-JAM-DAD
Stipulation of the Parties and Proposed Order Granting Extension of Time to Submit Joint Status Report    1

PDF created with pdfFactory trial version www.pdffactory.com

Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:   (415) 744-6491
Fax:   (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Attorneys for Federal Defendant*

OF COUNSEL

Ritu Ahuja
Office of General Counsel
U.S. Department of Agriculture

*Conservation Congress, et al. v. U.S. Forest Service*, No. 2:11-cv-02648-JAM-DAD
Stipulation of the Parties and Proposed Order Granting Extension of Time to Submit Joint Status Report      2

PDF created with pdfFactory trial version www.pdffactory.com

<u>ORDER</u>

In consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that the Stipulation is GRANTED and that the parties may have until April 3, 2012, to submit their Joint Status Report.

SO ORDERED.

DATED: 2/29/2012_____

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com